Wheeler CAMPBELL v. STATE.

8 Div. 20.

Court of Appeals of Alabama.
Feb. 19, 1935.

RICE, Judge.
Affirmed.

153 So. 920

James CARMICHAEL, Fred Wynn, and Pleas Wynn v. STATE.

8 Div. 821, 822.

Court of Appeals of Alabama.
March 6, 1934.

RICE, Judge.
Affirmed.

159 So. 913

Lonnie CARROLL v. STATE.

2 Div. 558.

Court of Appeals of Alabama.
Feb. 12, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

155 So. 916

Millie CARROLL v. STATE.

7 Div. 85.

Court of Appeals of Alabama.
June 5, 1934.

Bibb & Woolf, of Anniston, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.
Affirmed.

159 So. 913

Jim CARSON v. STATE.

8 Div. 989.

Court of Appeals of Alabama.
Feb. 26, 1935.

RICE, Judge.
Affirmed.